UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT R. ZUNIGA,

          Plaintiff,

    v.

KING COUNTY, *et al.*,

          Defendants.

Cause No. C21-1030RSL

ORDER

    On August 10, 2021, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. Two days later, the Court received an "Emergency Motion to Proceed Pros Se IPF Status." Dkt. # 15. Because IFP status has already been granted, the motion is DENIED as moot.

    Dated this 13th day of August, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1