UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT R. ZUNIGA,<br><br>            Plaintiff,<br><br>    v.<br><br>KING COUNTY, *et al.*,<br><br>            Defendants. | Cause No. C21-1030RSL<br><br>ORDER |

The above-captioned matter was dismissed on September 20, 2021, under the standards articulated in 28 U.S.C. § 1915(e)(2). Dkt. # 23. Mr. Zuniga has now filed a motion for reconsideration, arguing that unidentified "first responders" have arbitrarily misused weaponized sirens designed to pierce plate glass windows and the ear drums of citizens. Dkt. # 26. The motion is untimely, does not identify a manifest error in the prior order, and offers no new facts or legal authority regarding the previously-dismissed claims. The motion for reconsideration is therefore DENIED.

Dated this 17th day of December, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1