UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT B. ZUNIGA, *et al.*, | Cause No. C21-1030RSL |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff Albert B. Zuniga's request to subpoena medical records (Dkt. # 35), motions for further consideration of information and claims (Dkt. # 36, # 37, # 39, and # 40), and request for extradition to Russia or Saudi Arabia (Dkt. # 38). The above-captioned lawsuit was dismissed on September 20, 2021, under the standards articulated in 28 U.S.C. § 1915(e)(2) (Dkt. # 23) and judgment was entered on January 4, 2022 (Dkt. # 28). It is now on appeal, and the filing of the notice of appeal divested the undersigned of jurisdiction over those aspects of the case involved in the appeal. *Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001). Mr. Zuniga's requests for relief regarding or arising out of claims of misconduct that are currently pending before the Ninth Circuit (Dkt. # 35-40) are therefore DENIED. The Clerk is DIRECTED not to accept further

ORDER - 1

1 filings from Mr. Zuniga in this matter.

Dated this 14th day of April, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 2